# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Blake, Catherine C. | U.S. District Court District of Maryland | 01/11/2022 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (senior) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

U.S. Courthouse
Chambers 7D
101 W. Lombard Street
Baltimore, MD 21201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | FARM TRUST |
| 2. | VICE-PRESIDENT | HISTORICAL SOCIETY OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blake, Catherine C. | 01/11/2022 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | RETIREMENT PENSION - CITY OF BALTIMORE |
| 2. | 2020 | RETIREMENT PENSION - STATE OF MARYLAND |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blake, Catherine C. | 01/11/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blake, Catherine C. | 01/11/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA-TRowePrice-Equity Income | B | Dividend | K | T | Redeemed (part) | 04/22/20 | J | A | |
| 2. IRA-TRowePrice-Growth Stock | C | Dividend | M | T | Redeemed (part) | 04/22/20 | J | A | |
| 3. IRA-TRowePrice-New Era | B | Dividend | K | T | Redeemed (part) | 04/22/20 | J | A | |
| 4. IRA-TRowePrice-Science&Technology | C | Dividend | M | T | Redeemed (part) | 04/22/20 | J | A | |
| 5. IRA-TRowePrice-Spectrum income | C | Dividend | L | T | Redeemed (part) | 04/22/20 | J | A | |
| 6. Maryland Supplemental Retirement Plans | A | Int./Div. | L | T | | | | | see note Part VIII |
| 7. WellsFargo bank accounts | A | Interest | L | T | | | | | |
| 8. IRA-FirstFinancialCreditUnion (cash equivalent) | A | Dividend | J | T | | | | | see note Part VIII |
| 9. MetLife whole life | A | Dividend | J | T | | | | | |
| 10. TRowePrice MdTaxFreeBondFund | C | Dividend | M | T | | | | | |
| 11. IRA-DelawareStrategicIncomeFundClassA | B | Dividend | K | T | | | | | |
| 12. NewPerspFdClassA (American Funds) | A | Dividend | L | T | | | | | |
| 13. Farm Trust (H) | | | | | | | | | |
| 14. --Real Property Frederick, MD | | None | O | Q | | | | | see note part VIII |
| 15. TRowePrice529CollegeSavingsPlan-Portfolio 2027 | A | Int./Div. | K | T | Buy (add'l) | 04/20/20 | J | | see note part VIII |
| 16. | | | | | Buy (add'l) | 10/19/20 | J | | |
| 17. TRowePrice-529collegesavingsplan--Portfolio 2027 | A | Int./Div. | K | T | Buy (add'l) | 04/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blake, Catherine C. | 01/11/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 10/19/20 | J | | |
| 19. IRA-FranklinLifeSmartRetirementIncomeFundClassA | D | Dividend | M | T | Redeemed (part) | 10/01/20 | J | A | |
| 20. MetLife annuity fixed rate | A | Int./Div. | J | T | | | | | |
| 21. MetLife annuity fixed rate | C | Int./Div. | L | T | | | | | |
| 22. Hilltop Securities brokerage account (H) | | | | | | | | | |
| 23. --HilltopSecurities cash account | A | Interest | K | T | | | | | |
| 24. --AT&T common stock | B | Dividend | K | T | | | | | |
| 25. --TRUISTFinlCorp common stock | A | Dividend | K | T | | | | | |
| 26. --Eli Lilly & Co common stock | B | Dividend | L | T | | | | | |
| 27. --Exxon Mobil Corp common stock | C | Dividend | K | T | | | | | |
| 28. --Johnson&Johnson common stock | A | Dividend | K | T | | | | | |
| 29. --JPMorganChae&Co common stock | B | Dividend | K | T | | | | | |
| 30. --Merck&CoInc common stock | A | Dividend | K | T | | | | | |
| 31. --PPGIndInc common stock | A | Dividend | K | T | | | | | |
| 32. --VerizonComm common stock | B | Dividend | K | T | | | | | |
| 33. --WWGraingerInc common stock | A | Dividend | K | T | | | | | |
| 34. --3M common stock | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blake, Catherine C. | 01/11/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  --UrstadtBiddlePropertiesIncClassA | A | Dividend | J | T | | | | | |
| 36.  --DWSMgdMunBondFundClassA | A | Dividend | K | T | | | | | |
| 37.  --CommtyDevAdminMdRevB2011B | A | Interest | J | T | | | | | |
| 38.  --WashCoMdPubImpBd2011 | A | Interest | J | T | | | | | |
| 39.  --MontCoMdRevBd2011A | A | Interest | J | T | | | | | |
| 40.  --AnnapMdGOPubImpt&RevBd2012 | A | Interest | J | T | | | | | |
| 41.  --MicrochipTechInc common stock | A | Dividend | L | T | | | | | |
| 42.  --Helmerich&PayneInc common stock | A | Dividend | J | T | | | | | |
| 43.  --AnneArundelCoMdConsGenObBd2014 | A | Interest | K | T | | | | | |
| 44.  --MdStateDeptTransConstBd2015 | A | Interest | K | T | | | | | |
| 45.  --MdHlth&HigherEdRevBd | A | Interest | K | T | | | | | |
| 46.  --AnnapMdWtr&SwrRevBd | A | Interest | J | T | | | | | |
| 47.  TRowePrice529collegesavingsplan -<br>Portfolio 2030 | A | Interest | K | T | Buy<br>(add'l) | 04/20/20 | J | | |
| 48. | | | | | Buy<br>(add'l) | 10/19/20 | J | | |
| 49.  TRowePrice529collegesavingsplan-Portfolio<br>2033 | A | Int./Div. | K | T | Buy<br>(add'l) | 04/20/20 | J | | |
| 50. | | | | | Buy<br>(add'l) | 10/19/20 | J | | |
| 51.  TRowePrice529collegesavingsplan -<br>Portfolio 2033 | A | Int./Div. | K | T | Buy<br>(add'l) | 04/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Blake, Catherine C.** | 01/11/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/19/20 | J | | |
| 53. TRowePrice529collegesavingsplan-Portfolio 2033 | A | Int./Div. | K | T | Buy (add'l) | 04/20/20 | J | | |
| 54. | | | | | Buy (add'l) | 10/19/20 | J | | |
| 55. M&T bank accounts | A | Interest | J | T | | | | | |
| 56. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blake, Catherine C. | 01/11/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII  line 6  This is a 457(b) plan.  I have amended the name to be Maryland Supplemental Retirement Plans.  I believe the plan is administered by Nationwide Investment Services Corporation. It is not self-directed.  Neither I nor my spouse can select individual stocks, bonds, or other assets within the plan.

Part VII   line 8  This IRA is a cash-equivalent account at a financial institution. It has no stocks, bonds, mutual funds, or assets other than cash.

Part VII lines 13-14  The real property that was an asset of the estate transferred by deed dated May 7, 2012, into a trust (Farm Trust) of which I am Trustee. It is not income-producing. Appraisal was date of death of owner August 23, 2011.

Part VII lines 15,17,47,49,51,53  For all the 529 Plans only the level of risk, not the individual assets, can be selected.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine C. Blake**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544